The People of the State of New York, Respondent, 
against
Jesus Abreu Defendant-Appellant.



Defendant appeals, from the judgment of the Criminal Court of the City of New York, New York County (Ushir Pandit-Durant, J.), rendered June 6, 2016, convicting him, upon a plea of guilty, of unlawful possession of marihuana, and sentencing him to a fine of $75.




Per Curiam.
Judgment of conviction (Ushir Pandit-Durant, J.), rendered June 6, 2016, affirmed.
We are unpersuaded that the bargained-for sentence imposed - payment of a $75.00 fine - was unduly harsh or excessive and find no extraordinary circumstances warranting a reduction of the sentence in the interest of justice (see People v Fair, 33 AD3d 558, 558 [2006], lv denied 8 NY3d 945 [2007]). "Ordinarily... where defendant effects a plea bargain and receives the precise sentence that was promised, he should not later be heard to complain that he received what he bargained for" (id. at 558, quoting People v Chambers, 123 AD2d 270, 270 [1986]). Although defendant claims that he is indigent, he never sought relief from the fine by way of a motion pursuant to CPL § 420.10(5) for resentencing (see People v Toledo, 101 AD3d 571 [2012], lv denied 21 NY3d 947 [2013]), and indeed, has paid the fine.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 13, 2017